# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FRANK JAMES CAPOZZI, SR., | : | No. 195 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MAURI B. KELLY, LACKAWANNA | : | |
| COUNTY PROTHONOTARY, AND | : | |
| JOSHUA D. SHAPIRO, ATTORNEY | : | |
| GENERAL OF THE COMMONWEALTH | : | |
| OF PA., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of January, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Review and Extraordinary Relief is denied.